STATE OF MINNESOTA
IN SUPREME COURT



FILED

December 30, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Lynne A. Torgerson, a Minnesota Attorney,
Registration No. 208322.

ORDER

By opinion filed on October 21, 2015, the court suspended respondent Lynne A. Torgerson from the practice of law for a minimum of 60 days, effective 14 days from the date of the filing of the opinion. Respondent has filed an affidavit seeking reinstatement in which she states that she has fully complied with the terms of the suspension order, except for successful completion of the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Lynne A. Torgerson is conditionally reinstated to the practice of law, effective as of January 3, 2016, and placed on probation for a period of 2 years, subject to the following terms and conditions:

(a) Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent shall promptly respond to the Director's correspondence by its due date. Respondent shall provide the Director with a current mailing address and shall immediately notify the Director of any change of address. Respondent

1

shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall authorize the release of information and documentation to verify compliance with the terms of this probation; and

(b)     Respondent shall abide by the Minnesota Rules of Professional Conduct.

2.      By October 21, 2016, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of Appellate Courts and serving upon the Director proof of respondent's successful completion of the professional responsibility portion of the state bar examination. Failure to do so shall result in automatic re-suspension pending proof of successful completion of the examination, pursuant to Rule 18(e)(3), RLPR.

Dated:  December 30, 2015                 BY THE COURT:

David R. Stras
Associate Justice

2